STATE OF NEW JERSEY v. EDWIN YOUNGS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SIMMONS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WALLACE CLEMONS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID H. FREY, SR.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN F. SULOFF.

May 24, 1988.

Petition for certification denied.